UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-80013-CR-MARRA/MATTHEWMAN

16 U.S.C. § 3372(a)(2)(A)
16 U.S.C. § 3373(d)(2)

Jan 14, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

RICHARD LEYON BAJAKIAN,

_____Defendant._____/

## INFORMATION

The United States Attorney charges that:

### BACKGROUND

At all times relevant to this Information:

1. **RICHARD LEYON BAJAKIAN** was the operator of a sportfishing vessel, FISH MAGNET, bearing U.S. Coast Guard Documentation Number 1232311.

### The Lacey Act Amendments of 1981

2. The Lacey Act makes it a misdemeanor offense for a person to fail to exercise due care to import, export, transport, receive, or acquire fish in foreign commerce, knowing that the fish was taken, possessed, transported, or sold in violation of, or in a manner unlawful under any foreign law. Title 16, United States Code, Sections 3372(a)(2)(A), 3373(d)(2).

3. Pursuant to the Lacey Act, the term "fish or wildlife" means any wild animal, specifically to include mollusks, such as conch, whether alive or dead, whether or not bred, hatched, or born in captivity, and includes any part, product, egg, or offspring thereof. 16 U.S.C. § 3371(a).

4. The term "import" for purposes of the Lacey Act means to land on, bring into or

introduce into any place subject to the jurisdiction of the United States, whether or not such landing, bringing, or introduction constitutes an importation within the meaning of the customs laws of the United States. Title 16, United States Code, Section 3371(b).

### Relevant Law of the Commonwealth of the Bahamas

5. The laws and regulations of the Commonwealth of the Bahamas, that is the Fisheries Resources (Jurisdiction & Conservation) Regulations, Part X, Sections 47(1)(a), (b) and 48(1)(f), prohibit the owner or operator of a vessel from engaging in sportfishing unless a permit to do so is granted by the Minister of Agriculture and Marine Resources after payment of the required fee, and further prohibit a sportfishing vessel from having onboard in excess of six conch or 60 pounds of demersal (fin fish) species.

6. Under the laws and regulations of the Commonwealth of the Bahamas, that is the Fisheries Resources (Jurisdiction & Conservation) Regulations, Part XV, Regulation 70(1), no person shall for commercial purposes export any fishery product or fishery resource, sea shell, or coral unless he holds a license from the Minister on behalf of the product or resource he wishes to export.

7. Under the laws and regulations of the Commonwealth of the Bahamas, that is the Fisheries Resources (Jurisdiction & Conservation) Regulations, Part XV, Sections 70(3), a foreign vessel engaged in sports fishing for which a Bahamian permit was issued shall, on leaving the Bahamas, be allowed to export the amount of fishery products aboard the vessel in accordance with the catch limits under Regulation 48.

8. At no time relevant hereto did the defendant receive or possess a lawfully issued

commercial export licence from the Government of the Bahamas to export queen conch (*Strombus gigus*).

## COUNT 1
### Importing of Illegally Possessed Fish and Mollusk
### (16 U.S.C. §§ 3372 (a)(2)(A), 3373(d)(2))

1. Paragraphs 1 through 8 of the Background section of this Information are realleged and incorporated by reference as though fully set forth herein.

2. On or about May 8, 2012, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**RICHARD LEYON BAJAKIAN,**

did knowingly import, transport, receive, and acquire wildlife in foreign commerce, that is approximately Ninety-Seven Pounds of demersal (fin fish) species fish, to wit: Snapper (*Lutjanus*), and Grouper (*Serranidae*); as well as, Two Hundred and Thirteen (213) queen conch (*Strombus gigus*), aboard the vessel FISH MAGNET, bearing U.S. Coast Guard Documentation Number 1232311, and attempt so to do, when, in the exercise of due care, he should have known that said wildlife were possessed and transported in violation of, and in a manner unlawful under, the laws and regulations of any foreign law, that is, the Commonwealth of the Bahamas, the Fisheries Resources (Jurisdiction & Conservation) Regulations, Part X, Sections 47(1)(a), (b) and 48(1)(f).

In violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(2).

## CRIMINAL FORFEITURE

Upon conviction of the violation alleged in Count 1 of this Information, the defendant **RICHARD LEYON BAJAKIAN** shall forfeit to the United States all fish or wildlife imported, exported, transported, sold, received, acquired, or purchased contrary to the provisions of Title 16, United States Code, Section 3372, or any regulation issued pursuant thereto, including but not

limited to the following:

  a. Approximately 213 queen conch (*Strombus gigus*).

  b. Approximately 97.3 pounds of Snapper (*Lutjanus*) and Grouper (*Serranidae*) fillets.

Pursuant to Title 28, United States Code, Section 2461, Title 16, United States Code, Section 3374(a)(1)-(2), 15 Code of Federal Regulation, Section 904.505(d), and the procedures outlined at Title 21, United States Code, Section 853.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
NORMAN O. HEMMING, III
ASSISTANT U.S. ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| RICHARD LEYON BAJAKIAN, | |
| Defendant._____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

___ Miami   ___ Key West
___ FTL   _X_ WPB   ___ FTP

New Defendant(s)        Yes ___   No ___
Number of New Defendants     ___
Total number of counts       ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   __No__
   List language and/or dialect   _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I   0 to 5 days      _X_         Petty         ___
   II  6 to 10 days     ___         Minor         ___
   III 11 to 20 days    ___         Misdem.       _X_
   IV  21 to 60 days    ___         Felony        ___
   V   61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   __No__
   If yes:
   Magistrate Case No.   _____
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the   _____   District of   _____

   Is this a potential death penalty case? (Yes or No)   __NO__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
NORMAN O. HEMMING, III
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500680

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** RICHARD LEYON BAJAKIAN

**Case No:**

**COUNT 1:**   Importation of Illegally Possessed Wildlife

Title 16, United States Code, Sections 3372(a)(2)(A), 3373(d)(2)

**\*Max. Penalty:**   1 Year Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**